IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                              CASE NO. 1:12CR40-MW/GRJ

**SEBASTIAN DARONE McCOY**
_____/

**ORDER OF COMMITMENT FOR PSYCHIATRIC EVALUATION**

The defendant, SEBASTIAN DARONE McCOY, has moved for a psychiatric or psychological examination to determine his competency at the time he entered a guilty plea on February 6, 2013, see 18 U.S.C. § 4241(a). The government does not oppose the motion. Good cause having been shown,

IT IS ORDERED:

1. Based on 18 U.S.C § 4247(b), the defendant is committed to the custody of the Attorney General or his designated representative for placement in a suitable facility. It is recommended that the facility be the one located at Butner, North Carolina, or Miami, Florida. The commitment is for the period needed to meet the requirements of this order. The commitment period under 18 U.S.C. § 4247(b) will begin when the defendant arrives at the facility. Until that time, the defendant is in pretrial detention en route to the commitment.

2. The examination must determine whether at the time of the February 6, 2013 plea of guilty there is reasonable cause to believe that the defendant was suffering from a mental disease or defect rendering him incompetent to the extent that he was unable to understand the

nature and consequences of the proceeding against him or to assist properly in his defense. The examination must be conducted as soon as practicable after arrival at the facility.

3. The appropriate authorities of the facility must render a written report as soon as practicable. The report must be filed with the court, with copies to the attorneys for the defendant and for the government. The report must include:

   a. The defendant's history and present symptoms;

   b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

   c. The examiner's findings; and

   d. The examiner's opinions on diagnosis, prognosis, and whether the defendant suffered from a mental disease or defect to the extent that he was unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

4. The United States Marshals Service must immediately report the designation made by the Bureau of Prisons and must transport the defendant to the designated facility as soon as possible.

**SO ORDERED on October 8, 2013.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**